# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSPPI
# GREENVILLE DIVISION

**VERA JOHNSON**                                                             **PLAINTIFF**

**V.**                                                         **CAUSE NO. 4:21CV00054-DMB-JMV**

**STATE FARM INSURANCE COMPANY**                          **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [7] on May 6, 2021. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B), along with the case management conference, are **STAYED** pending a decision on the motion to remand.

**THIS**, the 6th day of May, 2021.

                                                                     /s/ Jane M. Virden
                                                                     U.S. Magistrate Judge